IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:09-CR-319** |
| v. | : | |
| **SEAN N. HEALY** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

**AND NOW**, this 12th day of December, 2017, **IT IS HEREBY ORDERED** as follows:

1) The motion filed pursuant to Federal Rule of Civil Procedure 60(b) (Doc. 116) is deemed to be a motion filed pursuant to 28 U.S.C. § 2255.

2) The claims as to the ineffective assistance of counsel are **DISMISSED WITH PREJUDICE** as this court is without jurisdiction.

3) The claims as to errors of this court in the taking of the plea are **DISMISSED WITH PREJUDICE** as not properly before this court and/or **DENIED** on the merits.

4) The Clerk of Court is **DIRECTED** to close this file.

5) Any appeal from this order is deemed frivolous and not taken in good faith.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge